UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEONARDO NIEVES,

        Petitioner,

v.                                    Case No. 6:06-cv-231-Orl-31JGG

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

        Respondents.

## ORDER

This case is before the Court on Petitioner's Motion for Relief from Judgment (Doc. No. 12). Petitioner asks the Court to set aside the August 15, 2006 Order (Doc. No. 11) dismissing the case to allow Petitioner to seek authorization from the Eleventh Circuit Court of Appeals to file a second or successive habeas corpus application. In support of his motion for relief, Petitioner asserts that although he was given an opportunity to reply to Respondents' motion to dismiss the petition, he did not receive the Court's July 18, 2006 Order (Doc. No. 10) allowing him to file a reply until the time to do so had expired. Petitioner does not, however, state any reason why the August 15, 2006 Order of dismissal was unwarranted. Accordingly, within **ELEVEN (11) DAYS** from the date of this Order, Petitioner shall file a memorandum wherein he should assert any arguments he may have as to why this case should not have been dismissed because it is a second or successive habeas application**. Thereafter, the motion for relief from judgment will be taken under advisement and an order entered thereon without further notice.**

**DONE AND ORDERED** at Orlando, Florida, this <u>22nd</u> day of September, 2006.

							/s/ Gregory A. Presnell
							GREGORY A. PRESNELL
							UNITED STATES DISTRICT JUDGE

Copies to:
sc 9/22
Counsel of Record
Leonardo Nieves